# EXHIBIT 19

Exhibit 19
239



## Sleep smarter, not harder

The Orion Smart Cover uses hydro-powered technology to maintain your perfect temperature all night.

Explore Orion

## Orion enhances your mattress

Our Smart Cover goes on top of your mattress and cools your body to help reduce wake-ups, extend deep sleep and REM and significantly increase overall sleep quality.



Why Orion

THE WORLD'S FIRST

# Personalized sleep cooling system



DUAL-ZONE COOLING TECHNOLOGY

Unique sleep temperature profiles for each partner

- Coldest sleep system
- Most comfortable sleep system
- 100% personalized based on your data

AI POWERED THERMOREGULATION

Maintains your perfect temperature through all sleep stages

SLEEP TRACKING & HEALTH

Embedded smart sensors track your sleep pattern and biometrics

Pre-order now

**Exhibit 19
240**

# The healthiest, most affordable sleep system

SMART COVER          CONTROL TOWER          AI SYSTEM

## Smart Cover

Equipped with advanced sensors to monitor your temperature and biometrics. Features dual temperature zones for you and your partner.



Transform your sleep for less than a cup of coffee a day

Starting from

## $65/mo

With 0% APR financing - $2,295 total price

**Pre-order now**



100% approval with OrionPay



# Backed by science to boost longevity

⚬ Extends deep sleep          ⚡ Boosts REM          ☐ Reduces wake-ups



*"Body temperature is the #1 controllable component of sleep quality. Orion's smart sleep system adjusts your body temperature to reduce wake-ups and improve deep sleep and REM, massively improving your overall sleep quality."*

Dr. Michael Breus, Ph.D.
CHIEF SLEEP OFFICER AT ORION

FEATURED ON

TODAY          RACHAEL          ◉CBS MO



**Exhibit 19**
**241**



## Join thousands of better sleepers




Orion changed my life! I constantly was tired and low energy throughout the day. After getting my Orion, I no longer wake up at 3am and struggle to get back to sleep. My energy levels have been through the roof!

**Josh**  TROUBLED SLEEPER

I've been using the Orion Sleep System for about two weeks now, and it's been pretty epic. The cooling side is my favorite feature. It feels exactly like that perfect 'cool spot' you're always searching for in bed, except you get it all night long.

**John**  HOT SLEEPER

I didn't realize how much better sleep could be until I tried Orion's cooling system. I fall asleep faster, stay comfortable all night, and wake up feeling like I actually rested. It's the best investment I've made for my health and happiness.

**Kara**



My wife and I have been fighting over the thermostat for years. I sleep hot and she sleeps cold. With Orion, we have each of our sides set to our perfect temperatures which has saved our marriage!

**James**  HOT SLEEPER



Pre-order now

## Why Orion?

Orion's $2,295 vs Eight Sleep's $3,049

| FEATURES | EIGHT SLEEP | ORION |
|---|---|---|
| Embedded sleep sensors | ● | ● |
| Personalized to you | ○ | ● |
| Comfort options | ○ | ● |
| Cools as low as 50°F | ○ | ● |
| Heats as high as 115F | ○ | ● |
| 5-Stage sleep tracker | ○ | ● |
| Thermoregulation mode | ○ | ● |
| Space saving design | ○ | ● |
| Financing as low as $65/mo | ○ | ● |
| 100% financing approval | ○ | ● |

Pre-order now



## The power of just 1 more hour of sleep

Improved weight management     Increased energy levels

Better heart health     Enhanced mood & emotional regulation

Exhibit 19
242



Exhibit 19
243