Eamonn Gardner (CA SBN 310834)
COOLEY LLP
1144 15th Street, Suite 2300
Denver, CO 80202
Phone: (720) 566-4000
Fax: (720) 566-4099
egardner@cooley.com

Alexandra Mayhugh (CA SBN 300446)
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
Phone: (213) 561-3250
Fax: (213) 561-3244
amayhugh@cooley.com

Counsel for Defendant
*Orion Longevity Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EIGHT SLEEP INC., <br><br> Plaintiff, <br><br> v. <br><br> ORION LONGEVITY INC., and BLUE FUZION GROUP LTD. <br><br> Defendants. | Case No. 2:25-cv-09685-SB-RAO <br><br> **DEFENDANT ORION LONGEVITY INC.'S NOTICE OF DESIGNATION OF LEAD COUNSEL** <br><br> Hon. Stanley Blumenfeld, Jr. |

Defendant Orion Longevity Inc. ("Orion") hereby respectfully notifies the Court that Eamonn Gardner of Cooley LLP is now designated as lead counsel for Orion in this case. Lead counsel has not been previously designated by Defendant Orion.

COOLEY LLP
ATTORNEYS AT LAW

1
Case No. 2:25-cv-09685-SB-RAO
NOTICE OF DESIGNATION OF LEAD COUNSEL

| | | |
|---|---|---|
| Dated: November 18, 2025 | Respectfully submitted, | |
| | COOLEY LLP | |
| | By: */s/Eamonn Gardner* | |
| | Eamonn Gardner (CA SBN 310834)<br>COOLEY LLP<br>1144 15th Street, Suite 2300<br>Denver, CO 80202<br>Phone: (720) 566-4000<br>Fax: (720) 566-4099<br>egardner@cooley.com | |
| | Alexandra Mayhugh (CA SBN 300446)<br>COOLEY LLP<br>355 South Grand Avenue, Suite 900<br>Los Angeles, CA 90071<br>Phone: (213) 561-3250<br>Fax: (213) 561-3244<br>amayhugh@cooley.com | |
| | *Attorneys for Defendant Orion Longevity Inc.* | |