Eamonn Gardner (CA SBN 310834)
COOLEY LLP
1144 15th Street, Suite 2300
Denver, CO 80202
Phone: (720) 566-4000
Fax: (720) 566-4099
egardner@cooley.com

Alexandra Mayhugh (CA SBN 300446)
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
Phone: (213) 561-3250
Fax: (213) 561-3244
amayhugh@cooley.com

*Counsel for Defendants Orion Longevity Inc.
and Blue Fuzion Group Ltd.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EIGHT SLEEP INC.,<br><br>Plaintiff,<br><br>v.<br><br>ORION LONGEVITY INC., and BLUE FUZION GROUP LTD.<br><br>Defendants. | Case No. 2:25-cv-09685-SB-RAO<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Hon. Stanley Blumenfeld, Jr.<br>Date: January 9, 2026<br>Time: 8:30 a.m.<br>Courtroom: 6C |

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTIECE THAT ON January 9, 2026 at 8:30 a.m., or as soon thereafter as the matter may be heard before Honorable Stanley Blumenfeld, Jr., in courtroom 6C of the United States District Court for the Central District of California, Western Division, located at 350 West First Street, Los Angeles, CA 90012, Defendants Orion Longevity Inc. ("Orion") and Blue Fuzion Group Ltd. ("BFG") (collectively "Defendants") will move and hereby moves to dismiss Plaintiff Eight Sleep Inc.'s ("Plaintiff" or "Eight Sleep") Complaint (ECF No. 1) for lack of subject matter jurisdiction and personal jurisdiction. Dismissal is warranted because Eight Sleep cannot establish either personal jurisdiction over BFG or subject matter jurisdiction over its claims.

The Motion is based on this Notice of Motion and the Memorandum of Points and Authorities submitted herewith, the Declarations of Neil McConnochie and Jonathan Zwiebel filed concurrently herewith, all papers cited therein, the pleadings and other papers on file in this action, and any further papers, evidence, or argument as may be submitted to the court in connection with this Motion.

This Motion is further made following the conference of counsel pursuant to L.R. 7-3, which took place via telephonic conference on October 29 and November 20, 2025. Defendants understand from the aforementioned discussion that Plaintiff opposes the relief requested herein.

| | |
|---|---|
| Dated: December 10, 2025 | Respectfully submitted, |
| | COOLEY LLP |
| | |
| | By: */s/Eamonn Gardner* |
| | Eamonn Gardner (CA SBN 310834) |
| | COOLEY LLP |
| | 1144 15th Street, Suite 2300 |
| | Denver, CO 80202 |
| | Phone: (720) 566-4000 |
| | Fax: (720) 566-4099 |
| | egardner@cooley.com |
| | |
| | Alexandra Mayhugh (CA SBN 300446) |
| | COOLEY LLP |
| | 355 South Grand Avenue, Suite 900 |
| | Los Angeles, CA 90071 |
| | Phone: (213) 561-3250 |
| | Fax: (213) 561-3244 |
| | amayhugh@cooley.com |
| | |
| | *Counsel for Defendants Orion Longevity Inc. and Blue Fuzion Group Ltd.* |