Eamonn Gardner (CA SBN 310834)
COOLEY LLP
1144 15th Street, Suite 2300
Denver, CO 80202
Phone: (720) 566-4000
Fax: (720) 566-4099
egardner@cooley.com

Alexandra Mayhugh (CA SBN 300446)
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
Phone: (213) 561-3250
Fax: (213) 561-3244
amayhugh@cooley.com

*Counsel for Defendants Orion Longevity Inc. and Blue Fuzion Group Ltd.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EIGHT SLEEP INC., <br><br> Plaintiff, <br><br> v. <br><br> ORION LONGEVITY INC., and BLUE FUZION GROUP LTD. <br><br> Defendants. | Case No. 2:25-cv-09685-SB-RAO <br><br> **DECLARATION OF EAMONN GARDNER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND EXHIBIT 1** <br><br><br> Hon. Stanley Blumenfeld, Jr. <br> Crtroom: 6C |

I, Eamonn Gardner, hereby declare:

1. I am an attorney at the law firm of Cooley LLP, counsel for Orion Longevity Inc. ("Orion") and Blue Fuzion Group Ltd. ("BFG") (collectively, "Defendants") in this action. I submit this declaration in support of Defendants' Motion to Dismiss the claims asserted against them in the Complaint. Attached is one exhibit referenced herein. I have personal knowledge of the facts set forth in this declaration and, if called upon to testify, I could and would testify competently to such facts.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email chain between counsel for Defendants and counsel for Plaintiff Eight Sleep Inc. concerning the parties' respective positions related to jurisdiction in this matter.

Executed this 10th day of December, 2025, in Colorado.

Dated: December 10, 2025

By: */s/Eamonn Gardner*
Eamonn Gardner

*Counsel for Defendants Orion Longevity Inc. and Blue Fuzion Group Ltd.*