Eamonn Gardner (CA SBN 310834)
COOLEY LLP
1144 15th Street, Suite 2300
Denver, CO 80202
Phone: (720) 566-4000
Fax: (720) 566-4099
egardner@cooley.com

Alexandra Mayhugh (CA SBN 300446)
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
Phone: (213) 561-3250
Fax: (213) 561-3244
amayhugh@cooley.com

*Counsel for Defendants Orion Longevity Inc. and Blue Fuzion Group Ltd.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EIGHT SLEEP INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>ORION LONGEVITY INC., and BLUE FUZION GROUP LTD.<br><br>                    Defendants. | Case No. 2:25-cv-09685-SB-RAO<br><br>**DECLARATION OF NEIL MCCONNOCHIE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br>**REDACTED VERSION OF THE DOCUMENT PROPOSED TO BE FILED UNDER SEAL**<br>Hon. Stanley Blumenfeld, Jr.<br>Crtroom: 6C |

COOLEY LLP
ATTORNEYS AT LAW

I, Neil McConnochie, hereby declare:

1. This declaration is based on my own personal knowledge, and if called upon to do so, I could and would testify competently thereto.

2. I understand that the above-captioned case is a United States patent infringement action in which Eight Sleep Inc. ("Eight Sleep") has accused Blue Fuzion Group Ltd. ("BFG") and Orion Longevity Inc. ("Orion") of infringing its patents based on the alleged making, using, selling, offering for sale, and importing the Orion Sleep System in the United States.

3. I am the Founder and Executive Director of BFG. I have held this position since 2008. The information contained in this declaration is based on my personal knowledge, my review of reasonably available documents prepared and maintained by BFG in the ordinary course of business, and information provided to me by employees responsible for BFG's business records. I can competently testify that, to the best of my knowledge and belief, the statements herein are true and correct.

4. BFG is organized and existing under the laws of Hong Kong. BFG's principal place of business is located at Unit 1610, 16/FL, Kowloon Plaza, 485 Castle Peak Road, Lai Chi Kok, Kowloon, Hong Kong.

5. BFG is independently owned and operated. Orion does not control BFG in any respect. Orion does not own BFG, direct BFG's operations, manage BFG's personnel, or control BFG's finances, strategy, or business activities.

6. BFG does not design, manufacture, market, offer for sale or sell, import, ship, distribute, or advertise Orion products into the United States or into California. Nor does BFG engage in any commercial sales or distribution of any product into the United States generally, or California particularly. The only product sold by BFG is a humanitarian aid product that is not approved for commercial sale in the United States. BFG has never targeted or intended to target any customers in the United

1  States, directly or indirectly, with any Orion product or any product at all.

2        7.    BFG does not control the product design, development, manufacture, marketing or sales efforts of Orion with respect to any products marketed, offered for sale or sold by Orion.

      8.    BFG has no physical presence or operations in the United States. Specifically, BFG: (i) has no employees in the United States; (ii) is not incorporated anywhere in the United States; (iii) maintains no offices, facilities, or warehouse space in the United States; (iv) has no telephone number in the United States; (v) is not registered or licensed to conduct business in any state; (vi) has no assets located in the United States. All of BFG's activities related to Orion and otherwise occur exclusively outside the United States.

      9.    [REDACTED]

      10.    [REDACTED]



      11.    BFG does not import any Orion products into the United States, nor does BFG control the importation of Orion products into the United States. BFG has no decision making authority over any distribution channel, logistics provider, retail partner, or customer relating to sales of Orion products, or any product.

      12.    BFG does not conduct, support, or supervise the testing or evaluation of

any version of the Orion Sleep System, or any other Orion product, within the United States.

13. BFG has not appointed any agent for service of process in the United States or in the State of California.

14. BFG does not advertise, promote, or target any customers in the United States. Any website maintained by BFG provides only general corporate information and does not allow the purchase of any products or services.

15. BFG does not direct, control, or participate in the alleged infringing activities identified in the Complaint. BFG has no involvement in product launches, no authority over importation, and no role in Orion's commercial strategy relating to the Orion Sleep System in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of December, 2025, in Sydney, New South Wales, Australia.

Dated: December 10, 2025

By: *Neil McConnochie* (signature)
Neil McConnochie

*Founder and Executive Director for Defendant Blue Fuzion Group Ltd.*