UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EIGHT SLEEP INC., <br><br> Plaintiff, <br><br> v. <br><br> ORION LONGEVITY INC., and BLUE FUZION GROUP LTD. <br><br> Defendants. | Case No. 2:25-cv-09685-SB-RAO <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** <br><br> Hon. Stanley Blumenfeld, Jr. <br> Date: January 9, 2026 <br> Time: 8:30 a.m. <br> Courtroom: 6C |

Defendants Orion Longevity Inc. ("Orion") and Blue Fuzion Group Ltd. ("BFG") (collectively "Defendants") submitted a Motion to Dismiss the Complaint (ECF No. 1) on December 12, 2026. After full consideration of the evidence and written and oral submissions of the parties and all other matters properly before this Court, for good cause showing, the Court rules that the Motion is **GRANTED** in full.

First and foremost, Plaintiff Eight Sleep Inc. ("Plaintiff" or "Eight Sleep") does not have subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1). In addition, dismissal is warranted because Eight Sleep cannot establish personal jurisdiction over BFG under Rule 12(b)(2). Accordingly, dismissal is required because Eight Sleep cannot establish either subject-matter jurisdiction over its claims or personal jurisdiction over BFG.

Accordingly, the Complaint and all claims for relief therein are hereby **DISMISSED WITH PREJUDICE** since amendment would be futile.

**IT IS SO ORDERED.**

Date: _____, 2026           _____

　　　　　　　　　　　　　　　　　　　　　Honorable Stanley Blumenfeld, Jr
　　　　　　　　　　　　　　　　　　　　　United States District Judge