UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cv-09685-SB-RAO | Date: | February 27, 2026 |

Title:   Eight Sleep Inc. v. Orion Longevity Inc et al.

Present: The Honorable   **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Ryan Ronald Smith | Eamonn Joseph Gardner |
| Naoya Son | Vivienne Goldschlag |

**Proceedings: (Minutes of)** Motion to Dismiss [39] **(Held and completed)**

     The Court heard argument from counsel on its tentative ruling on Defendants' motion to dismiss (Dkt. No. 39).  The tentative ruling rejected Defendants' standing argument by construing the amended complaint as a supplemental pleading under Federal Rule of Civil Procedure 15(d).  Defendants contended that this procedure was prejudicial and urged the Court to dismiss the complaint and require Plaintiff to file a new action.  In support of this request, Defendants represented that (1) they do not seek to delay these proceedings and will accept service to avoid such delay and (2) they were not engaging in gamesmanship, including attempting to secure dismissal in order to race to the courthouse to file a competing action.

     Relying on these representations, and for the reasons stated on the record, the motion is granted, and the action is dismissed without prejudice to Plaintiff filing a new action.  Plaintiff shall file the new complaint no later than March 6, 2026, and shall promptly file a notice of related cases pursuant to Local Rule 83-1.2.2.  Upon refiling, the parties should be prepared to proceed in accordance with the case management order entered in this case.

The clerk is directed to close the case.

0:25