| | |
|---|---|
| Ryan R. Smith (SBN 229323) | Eamonn Gardner (SBN 310834) |
| rsmith@wsgr.com | Cooley LLP |
| Naoya Son (SBN 324444) | 1144 15th Street, Suite 2300 |
| nson@wsgr.com | Denver, Co 80202 |
| Alexander R. Miller (SBN 347827) | Telephone: (720) 566-4000 |
| alex.miller@wsgr.com | Facsimile: (720) 566-4099 |
| WILSON SONSINI GOODRICH & ROSATI, P.C. | egardner@cooley.com |
| 650 Page Mill Road | Alexandra Mayhugh (SBN 300446) |
| Palo Alto, CA 94304-1050 | Cooley LLP |
| Telephone: (650) 493-9300 | 355 South Grand Avenue, Suite 900 |
| Facsimile: (866) 974-7329 | Los Angeles, Ca 90071 |
| | Telephone: (213) 561-3250 |
| | Facsimile: (213) 561-3244 |
| *Attorneys for Plaintiff* | amayhugh@cooley.com |
| EIGHT SLEEP INC. | |
| | *Attorneys for Defendants* |
| | ORION LONGEVITY INC. AND |
| | BLUE FUZION GROUP LTD. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **EIGHT SLEEP INC.**, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:25-CV-09685-SB-RAO |
| | ) |
| vs. | ) **JOINT STATEMENT RE** |
| | ) **TENTATIVE ORDER ON** |
| **ORION LONGEVITY INC.**, and **BLUE FUZION GROUP LTD.**, | ) **DEFENDANTS' MOTION TO** |
| | ) **DISMISS (DKT. 39)** |
| Defendants. | ) |
| | ) |

1  Pursuant to the Court's instructions, Plaintiff Eight Sleep Inc. ("Eight Sleep) and Defendants Orion Longevity Inc. and Blue Fuzion Group Ltd. (collectively, "Orion") hereby submit the instant joint statement regarding the confidentiality of the Court's tentative order on Orion's motion to dismiss (Dkt. 39) (the "Tentative Order").

Eight Sleep and Orion met and conferred on March 3, 2026, and agree that no portion of the Tentative Order requires sealing. Following, the parties respectfully submit that should the Tentative Order be filed on the docket, it may be filed publicly in its entirety.

Dated: March 4, 2026

By: */s/ Naoya Son*
Ryan R. Smith
Naoya Son
Alex Miller
WILSON SONSINI GOODRICH & ROSATI, P.C.

Attorneys for Plaintiff Eight Sleep Inc.

By: */s/ Eamonn Gardner*
Eamonn Gardner
Alexandra Mayhugh
COOLEY LLP

Attorneys for Defendants Orion Longevity Inc. and Blue Fuzion Group Ltd.

## L.R. 5-4.3.4(a)(2)(i) ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i) of the Central District of California, I, Naoya Son, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 4, 2026

By:   */s/ Naoya Son*
Naoya Son
WILSON SONSINI GOODRICH & ROSATI, P.C.

Attorney for Plaintiff Eight Sleep Inc.